JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHANNSONGS - PUBLISHING, LTD., | Case No.: 2:18-cv-10009-AB-SS |
| Plaintiff, | Assigned to Hon. André Birotte Jr. |
| v. | **JUDGMENT** |
| ROLF LOVLAND; BRENDAN GRAHAM; PEERMUSIC, LTD.; UNIVERSAL MUSIC PUBLISHING GROUP; WARNER MUSIC GROUP; UMG RECORDING, INC.; APPLE, INC.; SPOTIFY TECHNOLOGY S.A.; AND DOES 1 - 20, | |
| Defendants. | |

The Motion for Summary Judgment (Dkt. 29) brought by Defendants Peermusic Ltd., Universal-Polygram International Publishing, Inc. ("Universal-Polygram") (incorrectly sued as Universal Music Publishing Group), UMG Recordings, Inc., and Warner Records Inc.'s (incorrectly sued as Warner Music Group) (collectively, "Defendants") came on for hearing on December 6, 2019, before this Court. The Court, having considered the pleadings, papers, memoranda of points and authorities and oral argument presented by counsel at the hearing, and in accordance with this Court's Order entered on April 3, 2020 (Dkt. 54) granting Defendants' Motion for Summary Judgment in its entirety,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Judgment is entered in favor of Defendants and against Plaintiff Johannsongs-Publishing Ltd. on each and every claim in the Complaint.

**IT IS SO ORDERED.**

Dated: April 20, 2020        By: _____
                                                        Hon. André Birotte Jr.
                                                        United States District Judge